# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| N.L., a minor, by and through his Guardian ad litem, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHILDRENS HOSPITAL LOS ANGELES; CHILDRENS HOSPITAL LOS ANGELES MEDICAL GROUP,<br><br>Defendants. | CASE NO.: 15-cv-07200-AB (FFMx)<br><br>**JUDGMENT**<br><br>Judge André Birotte Jr.<br>Courtroom 4<br><br>Complaint Filed: September 11, 2015<br>Trial Date: March 27, 2018 |

    This action came on for hearing on June 6, 2016, Hon. André Birotte Jr., District Judge presiding, on a Motion to Dismiss (Fed. Rule Civ. Proc. 12(b)(6)), and the matters before the Court fully considered and issues duly heard. On June 22, 2016, the Court filed and entered its ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT (Doc. 60).

    IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed on the merits and with prejudice. The Court denies all relief to

1  plaintiffs.  Fed. R. Civ. P. 58(b)(1)(C).  Defendants CHILDREN'S HOSPITAL
2  LOS ANGELES and CHILDREN'S HOSPITAL LOS ANGELES MEDICAL
3  GROUP may recover their costs.

Dated: June 30, 2016    _____
　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE