UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L., a minor, by and through his Guardian ad litem, and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CHILDRENS HOSPITAL LOS ANGELES; CHILDRENS HOSPITAL LOS ANGELES MEDICAL GROUP,<br><br>                    Defendants. | Case No.:  15-cv-07200-AB (SKx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court has received the parties' Stipulation of Dismissal ("Stipulation"). (Dkt. No. 255). Good cause appearing, the Court approves the Stipulation, and this action is therefore **DISMISSED WITH PREJUDICE**, in its entirety.

**IT IS SO ORDERED.**

Dated: June 21, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE